10/28/16

Case 16-33764

I Rickey Lyons work for Ladies Choice Autos and my income is $1100 month I'm paid cash

X Rickey Lyons 10/28/16
Pro Se

FILED
OCT 28 2016
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

I will notify all parties